**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

ORDER FOR SELECTION          )
OF 2018 GRAND JURORS         )          Misc. No.   3:17-MC-170
FOR CHARLOTTE DIVISION       )

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Charlotte master jury wheel 125 names and draw from the Statesville master jury wheel 125 names for potential service as 2018 GRAND JURORS for the United States District Court, Western District of North Carolina, Charlotte Division. The first appearance of these Grand Jurors is scheduled for Tuesday, January 16, 2018, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including twelve regular terms of court convening on January 16, 2018; February 20, 2018; March 20, 2018; April 17, 2018; May 15, 2018; June 19, 2018; July 17, 2018; August 21, 2018; September 18, 2017; October 16, 2018; November 13, 2018; and December 11, 2018; and any additional sessions or dates which may be required.

This the 16th day of November, 2017.

Frank D. Whitney
Chief United States District Court Judge